UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RAMON SILVERIO and CHRISTIAN SILVERIO,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NEW ASSOCIATED MINIMARKET, LLC, and JULIAN DE LA CRUZ a/k/a, JULIO DE LA CRUZ,<br><br>　　　　　　　Defendants. | Civil Action<br><br>Docket No. 2:17-cv-04151 JMV/MF<br><br>**JUDGEMENT ON DEFAULT** |

　　　　This matter, having been settled between the parties, whereby the Defendants, jointly and severally were obliged to pay $65,000 to Plaintiffs, and Plaintiffs' counsel having certified to the Court the default of Defendants to honor their obligation under the parties' settlement agreement, and this Court having retained jurisdiction over enforcement of the parties' settlement agreement, and good cause appearing,

　　　　It is this __28th__ Day of __July__, 20_21_, **ORDERED** and **ADJUDICATED:**

1. Plaintiffs' application for the entry of Judgment against Defendants New Associated Minimarket, LLC, and Julian de la Cruz, jointly and severally, in the amount of $100,000, apportioned $75,000 to Plaintiff Ramon Silverio and $25,000 to Plaintiff Christian Silverio be and hereby is granted.

2. Defendants are given credit for the amounts previously paid under the settlement in the amount of $31,666.72.

3.  Thus, judgment in this matter is against Defendants New Associated Minimarket, LLC, and Julian de la Cruz, jointly and severally, in the amount of $68,363.28, apportioned $51,272.46 to Plaintiff Ramon Silverio and $17,090.82 to Plaintiff Christian Silverio.

4.  Having now secured judgments in their favor, Plaintiffs are entitled to move for attorney's fees and costs, which they shall do within fourteen (14) days of this date.

JOHN MICHAEL VAZQUEZ, U.S.D.J.

Consent to entry

Noel Schablik, Esq.
Attorney for Defendants